IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| EDDIE LEE BRYANT | § | |
| v. | § | CIVIL ACTION NO. 6:12cv692 |
| DIRECTOR, TDCJ-CID | § | |

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE AND ENTERING FINAL JUDGMENT

The Petitioner Eddie Bryant, proceeding *pro se*, filed this application for the writ of habeas corpus challenging the legality of his conviction.  This Court ordered that the matter be referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1) and (3) and the Amended Order for the Adoption of Local Rules for the Assignment of Duties to United States Magistrate Judges.

Bryant complains of convictions for aggravated sexual assault of a child and indecency with a child, for which he received 20 years in prison.  He did not take a direct appeal but sought state habeas corpus relief, which was denied by the Texas Court of Criminal Appeals on March 12, 2012.

Bryant complained that he received ineffective assistance of counsel.  The Magistrate Judge ordered an answer from the Respondent, to which Bryant did not file a response.  After review of the pleadings and the state court records, the Magistrate Judge issued a Report on April 10, 2013, recommending that Bryant's petition be dismissed and that Bryant be denied a certificate of appealability *sua sponte*.  Bryant received a copy of the Report on April 16, 2013, but filed no objections thereto; accordingly, he is barred from *de novo* review by the district judge of those findings, conclusions, and recommendations and, except upon grounds of plain error, from appellate review of the unobjected-to proposed factual findings and legal conclusions accepted and adopted

1

by the district court.   Douglass v. United Services Automobile Association, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*).

The Court has reviewed the pleadings and records in this cause as well as the Report of the Magistrate Judge.   Upon such review, the Court has determined that the Report of the Magistrate Judge is correct.   *See* United States v. Wilson, 864 F.2d 1219, 1221 (5th Cir.), *cert. denied*, 492 U.S. 918, 109 S.Ct. 3243 (1989) (where no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law.").   It is accordingly

ORDERED that the Report of the Magistrate Judge (docket no. 12) is ADOPTED as the opinion of the District Court.   It is further

ORDERED that the above-styled application for the writ of habeas corpus is hereby DISMISSED with prejudice.   It is further

ORDERED that the Petitioner Eddie Bryant is hereby DENIED a certificate of appealability *sua sponte*.   Finally, it is

ORDERED that any and all other motions which may be pending in this civil action are hereby DENIED.

**So ORDERED and SIGNED this 4th day of June, 2013.**

**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**